No. 56038.—Anneliese Gunzenhauser *v.* United States, protest 61805–K (St. Louis).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.